# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIAVANNI MCKNIGHT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PARK MY FLEET LLC,<br><br>　　　　Defendant. | Case No. 1:24-cv-00368-KES-SAB<br><br>ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 15) |

Before the Court is the parties' stipulation to modify certain dates in the Court's scheduling order. For good cause shown, the Court hereby approves the stipulation and ORDERS that the scheduling order is modified as follows:

| | |
|---|---|
| **Deadline for Pre-Certification Non-Expert Discovery:** | October 27, 2025 |
| **Deadline for Pre-Certification Expert Disclosure:** | December 29, 2025 |
| **Deadline for Pre-Certification Rebuttal Expert Disclosure:** | January 26, 2026 |
| **Deadline for Pre-Certification Expert Discovery:** | February 23, 2026 |
| **Deadline for Plaintiff to File Motion for Class Certification:** | April 20, 2026 |

IT IS SO ORDERED.

Dated: **June 20, 2025**

STANLEY A. BOONE
United States Magistrate Judge