# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIAVANNI MCKNIGHT,<br><br>   Plaintiff,<br><br>  v.<br><br>PARK MY FLEET LLC,<br><br>   Defendant. | Case No. 1:24-cv-00368-KES-SAB<br><br>ORDER SETTING SCHEDULING CONFERENCE |

As relevant here, on May 24, 2024, Plaintiff filed his first amended complaint—stylized as a putative class action—bringing wage and hour claims, as well as discrimination claims. (ECF No. 7.)  On June 7, 2024, Defendant answered, and on October 1, 2024, the Court held a scheduling conference.  Because Plaintiff sought to proceed as a putative class, the Court bifurcated discovery with the first phase of discovery relating to class certification. (ECF No. 14, p. 2.)  The Court gave a full set of dates with a class certification motion deadline of December 19, 2025.  (Id.)

On June 20, 2025, the Court approved a stipulation to extend discovery and continue the class certification motion deadline.  Pertinent here, the Court set the deadline for Plaintiff to file a motion for class certification for April 20, 2026.  (ECF No. 16.)  That date has passed, and Plaintiff has not filed a motion for class certification nor a motion or stipulation for a subsequent modification of the scheduling order.  Therefore, it appears that Plaintiff has forfeited proceeding

as a putative class.

Accordingly, the Court SETS a scheduling conference in this matter for **May 28, 2026, at 9:30 a.m.**, in order to set a scheduling order in the case between Plaintiff and Defendant only, including setting a trial date.  A joint scheduling report, carefully prepared and executed by all parties, shall be filed one **(1) full week prior** to the scheduling conference.

IT IS SO ORDERED.

Dated:  **April 22, 2026**

STANLEY A. BOONE
United States Magistrate Judge