# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GIAVANNI MCKNIGHT,

    Plaintiff,

    v.

PARK MY FLEET LLC,

    Defendant.

Case No. 1:24-cv-00368-KES-SAB

ORDER CONTINUING INITIAL SCHEDULING CONFERENCE AND DIRECTING PARTIES TO FILE AN AMENDED JOINT SCHEDULING REPORT

(ECF Nos. 17, 18)

**JUNE 3, 2026 DEADLINE**

In light of the fact that Plaintiff did not file a motion to certify class, the Court set an initial scheduling conference as to Plaintiff and Defendant only to be held on May 28, 2026. (ECF No. 17.)  In that same order, the Court directed the parties to file a joint scheduling report one week prior to the scheduling conference.  (Id.)  Though the parties have filed a "joint status report," (ECF No. 18), the report did not affirmatively set out dates for any remaining discovery, a dispositive motion deadline, the pretrial conference, or a trial date.

This matter has been pending since March 28, 2024, and the Court intends to set the remaining dates for <u>all</u> deadlines in the initial scheduling conference.  This case must continue in its progress; the Court will not allow this matter to sit in a purgatory of discovery.  To be sure, the parties may disagree with their proposed cut off dates, which the Court will handle at the initial scheduling conference.  However, without even a ballpark to aim for, the Court finds that holding the initial scheduling conference on May 28, 2026, would not be an efficient use of time.

Accordingly, the Court CONTINUES the initial scheduling conference to **June 8, 2026, at 9:30 a.m.**

The Court DIRECTS the parties to file an amended joint scheduling report by **June 3, 2026**. That report shall contain proposed deadlines, joint or separate from the parties, regarding the completion of discovery (including fact and expert discovery), the dispositive motion deadline, the pretrial conference, and a trial date.

IT IS SO ORDERED.

Dated:     **May 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2