# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIAVANNI MCKNIGHT, | Case No. 1:24-cv-00368-KES-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO APPEAR AT SCHEDULING CONFERENCE |
| v. | |
| PARK MY FLEET LLC, | **TWO DAY DEADLINE** |
| Defendant. | |

A scheduling conference in this action was set for June 8, 2026, at 9:30 a.m., before the undersigned. (ECF No. 19.) No counsel for Plaintiff appeared at the scheduling conference.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Plaintiff shall be required to show cause why sanctions should not issue for the failure by counsel to make any appearance at the scheduling conference held on June 8, 2026.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that, within **two (2) days** from the date of entry of this order, Plaintiff shall show cause in writing why sanctions should not be imposed for the failure of counsel to attend the mandatory scheduling conference held on June 8, 2026.

IT IS SO ORDERED.

Dated:    **June 8, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2