# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIAVANNI MCKNIGHT, | Case No. 1:24-cv-00368-KES-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO PAY $50.00 SANCTIONS AND DISCHARGING JUNE 8, 2026 ORDER TO SHOW CAUSE |
| v. | |
| PARK MY FLEET LLC, | (ECF No. 22) |
| Defendants. | |

On May 26, 2026, the Court set a mandatory scheduling conference for June 8, 2026 at 9:30 a.m., with an amended joint scheduling report due June 3, 2026. (ECF No. 19.) Complying with the Court's order, the parties filed a joint scheduling report on June 3, 2026. (ECF No. 20.)

On June 8, 2026, the Court held the mandatory scheduling conference sharply at 9:30 a.m. (ECF No. 21.) No counsel for Plaintiff appeared, and the Court issued an order to show cause, directing Plaintiff to show cause in writing why the Court should not impose sanctions. (ECF No. 22.) Plaintiff timely filed a response, stating that on the morning of June 8, 2026, counsel was unexpectedly required to appear in another court proceeding after local counsel became unable due to a medical condition, and that the proceeding lasted longer than anticipated. (ECF No. 25, p. 2.) Plaintiff further states that counsel experienced related access issues during that time, and was unable to appear until approximately 10:02 a.m. (Id.)

While the Court finds that Plaintiff's response to the order to show cause sufficiently

explains counsel's absence from the mandatory scheduling conference, the circumstances surrounding the absence are nonetheless not well-taken. Counsel should have notified the Court of the scheduling conflict and the connectivity issues by contacting chambers or otherwise advising the Court, but failed to do so, rather than waiting for an OSC to issue. Because of the failure of Plaintiff to appear at the mandatory scheduling conference and his failure to notify the Court immediately of delay issues, the Court finds it appropriate to impose a sanction of $50.00. Should Plaintiff fail to pay that sanction by the Court's deadline, a daily sanction will be imposed.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court's June 8, 2026 order to show cause (ECF No. 22) is DISCHARGED; and

2. Plaintiff shall **pay $50.00 in sanctions via cashier's check to the Clerk of Court no later than June 19, 2026**, for her failure to appear at the mandatory scheduling conference;

3. Plaintiff shall file a notice **no later than June 19, 2026**, confirming payment of the sanction; and

4. If Plaintiff fails to comply with this order, Plaintiff and Plaintiff's counsel shall jointly and severally be obligated to pay the Clerk of the Court $50.00 per day, **beginning on June 22, 2026**, until Plaintiff pays the sanction and files a notice of payment to the Court. Failure to comply may also result in a recommendation of dismissal of this action.

IT IS SO ORDERED.

Dated:   **June 12, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

2